**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 09-6463**

───────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JAMES EDWARD THOMAS,

    Defendant – Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Martin K. Reidinger, District Judge.  (3:97-cr-00299-MR-1)

───────────

Submitted:  July 23, 2009    Decided:  July 29, 2009

───────────

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Steven Thomas Meier, MEIER LAW, Charlotte, North Carolina, for Appellant.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville,  North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Thomas appeals from the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Thomas, No. 3:97-cr-00299-MR-1 (W.D.N.C. Mar. 3, 2009). We deny Thomas' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED